**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSE LOJA LOJA,**

**Petitioner,**

**- against -**

**ACTING FIELD OFFICE DIRECTOR OF NEW YORK ICE ENFORCEMENT AND REMOVAL OPERATIONS, ET AL.,**

**Respondents.**

---

**26-cv-5368 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the petitioner's petition for a writ of habeas corpus **today, Thursday, June 25, 2026, at 5:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

Pending a decision on the habeas petition or any amended petition, the petitioner shall not be transferred outside the Southern or Eastern District of New York or the District of New Jersey.

**SO ORDERED.**

**Dated:** **New York, New York**
**June 25, 2026**

**John G. Koeltl**
**United States District Judge**