UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jose Loja Loja, | Case No. |
| Petitioner, | |
| v. | |
| **Acting Field Office Director** of New York ICE Enforcement and Removal Operations; **Officer-in-Charge / Supervisory Detention & Deportation Officer**, NYC Field Office Hold Room (26 Federal Plaza); **David J. Venturella**, Acting Director U.S. Immigration and Customs Enforcement; **Markwayne Mullin**, Secretary, U.S. Department of Homeland Security; **Todd Blanche**, U.S. Attorney General; **Department of Homeland Security (DHS)**; and **Executive Office for Immigration Review (EOIR)**, | |
| Respondents. | |

## [PROPOSED] ORDER

The Court, having received the Petition for Writ of Habeas Corpus (the "Petition"), hereby orders:

1. Respondents are ordered to show cause ~~within three days of the date of this Order~~ *by June 30, 2026 at 3ᵒᵒ P.M.*, as to why the Petition should not be granted.

2. Petitioner may file a reply, if any, no later than five days after such response is filed.

3. If Respondents do not plan on releasing Mr. Loja Loja, then the Parties shall appear for a hearing on this matter on ~~the ___ day of June, 2026.~~ *July 10, 2026 at noon.*

It is SO ORDERED.

SIGNED this 25 day of June 2026.

_____
UNITED STATES DISTRICT JUDGE