

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

June 30, 2026

By ECF
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application granted. The Court would look favorably on any request for an extension by the petitioner. So ordered.*

*7/1/26  [signature] 6/(settg) U.S.D.J.*

Re:    *Loja Loja v. Acting Field Office Director, et al.*, No. 26 Civ. 5368 (JGK)

Dear Judge Koeltl:

This Office represents the government in the above-referenced habeas corpus action. The Court set the government's deadline to respond to the petition as 3:00 p.m. on June 30. ECF No. 6. While the government timely filed an agency declaration and the government's "return" before the 3:00 p.m. deadline, the government's memorandum of law in opposition to the petition was not filed until 9:11 p.m., *i.e.*, a little over six hours late. I write respectfully to request that the Court grant the government a *nunc pro tunc* extension of its response deadline such that the government's memorandum of law (ECF No. 11) is deemed timely filed. Petitioner's counsel does not object to this request. The filing was delayed due to the heavy press of business. Between handling my own cases, I am the sole supervisor for all immigration litigation in this Office. Given the high volume of immigration litigation, and in particular habeas corpus cases with very short deadlines, much of my time is spent devoted to time-sensitive supervisory review and assistance. With the press of business and the high supervisory review demands, including due to addressing new urgent matters filed since the end of last week, I had less time than anticipated to prepare and finalize the government's papers in this case. This is the government's first request for an extension of any deadline in this case, and, as noted, Petitioner does not object. The government would not object to extending Petitioner's deadline given the delayed filing.

I apologize to the Court and Petitioner for the delay in the filing of the government's brief, and I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
Tel.: (212) 637-2743
brandon.waterman@usdoj.gov

cc: Counsel of record (by ECF)