**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JOSE LOJA LOJA,

Petitioner,

-against-

ACTING FIELD OFFICE DIRECTOR OF NEW YORK ICE ENFORCEMENT AND REMOVAL OPERATIONS ET AL,

Respondents.

-----------------------------------------------------------X

26 **CIVIL** 5368 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated August 10, 2026, the petition is denied as to Mr. Loja Loja's claims under 8 C.F.R. §§ 236.1(b)(1) and (c)(8) and the Due Process Clause. His alternative request for a bond hearing at which the Government bears the burden of proof is dismissed without prejudice for failure to exhaust administrative remedies; accordingly, the case is closed.

**DATED:** New York, New York
August 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**